UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOHUA HUANG, | No. 2:20-cv-1706 JAM DB PS |
| Plaintiff, | |
| v. | ORDER |
| SAPIA NETWORKS, INC., | |
| Defendant. | |

Plaintiff Xiaohua Huang is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On September 30, 2020, defendant filed a motion seeking a 28-day extension of time to file a response to plaintiff's complaint. (ECF No. 6.) On October 1, 2020, plaintiff's statement of non-opposition was filed. (ECF No. 9.) In light of plaintiff's non-opposition, defendant's motion will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's September 30, 2020 motion for an extension of time (ECF No. 6) is granted; and

2. Defendant shall file a responsive pleading within 28-days of the date of this order.

DATED: October 6, 2020            /s/ DEBORAH BARNES
                                  UNITED STATES MAGISTRATE JUDGE